JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WADE M. RHYNE (CABN 216799)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Facsimile: (510) 637-3724
    E-Mail:   wade.rhyne@usdoj.gov

FILED

JUL 3 0 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALEXANDER VINCENT HILL,<br>  a/k/a "Lil Hill,"<br><br>    Defendant. | No. CR-09-00304 CW<br><br>STIPULATION AND [PROPOSED]<br>ORDER EXCLUDING TIME UNDER<br>TITLE 18 U.S.C. § 3161 |

On July 23, 2009, the parties in this case appeared before the Court for an initial appearance. At that time, the parties requested, and the Court agreed, to continue this matter for a status conference, on August 5, 2009 at 2:00 p.m. before Hon. Judge Claudia Wilken. The United States has provided discovery to Defendant and the parties are continuing to engage in seeking a pre-trial resolution of this matter. The parties agree that, taking into account the public interest in prompt disposition of criminal cases, good cause exists for this extension.

The defendant also agrees to exclude for this period of time any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the continuance was the

STIP. & [PROPOSED] ORDER
CR-09-00304 CW

reasonable time necessary for continuity of counsel and effective preparation. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: July 23, 2009

WADE M. RHYNE
Assistant United States Attorney

Dated: July 23, 2009                    /s/
JOHN PAUL REICHMUTH
Attorney for Defendant

## [PROPOSED] ORDER

For the reasons stated above, the Court finds that the continuation of this matter from July 23, 2009, to August 5, 2009, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161 (h)(7)(A). The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(iv).

SO ORDERED.

DATED: 7/28/09

HONORABLE EDWARD M. CHEN
United States Magistrate Judge