1 | BRIAN J. STRETCH (CABN 163973)
United States Attorney

2

3 | BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

4 | THOMAS R. GREEN (CABN 203480)
Assistant United States Attorney

5
    1301 Clay Street, Suite 340S
6     Oakland, California 94612
    Telephone: (510) 637-3695
7     FAX: (510) 637-3724
    EMAIL: thomas.green@usdoj.gov

8
Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR 16-00458 YGR |
| | ) NO. CR 09-00304 YGR |
| Plaintiff, | ) |
| | ) **STIPULATION AND [PROPOSED] ORDER TO** |
| v. | ) **CONTINUE SENTENCING HEARING TO** |
| | ) **FRIDAY, JULY 14, 2017 AT 11:00 A.M.** |
| ALEXANDER VINCENT HILL, | ) |
| | ) |
| Defendant. | ) |

This case is currently set for sentencing on May 31, 2017. Due to conflicts in scheduling, the presentence interview of the defendant has not occurred to date. More time is needed to conduct the presentence interview of the defendant, and complete the presentence investigation report. The parties therefore agree that the sentencing hearing in this case should be reset to **Friday, July 14, 2017**, to allow adequate time for the preparation of the presentence report and the timely filing of the presentence report and any sentencing memoranda by the parties. This date is available for both parties and the probation

//

office.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING
CR 16-00458 YGR
CR 09-00304 YGR

DATED: April 7, 2017

Respectfully submitted,

                                                        BRIAN J. STRETCH
                                                        United States Attorney

/s/ Scott Alan Sugarman                   /s/ Thomas R. Green
SCOTT ALAN SUGARMAN               THOMAS R. GREEN
Attorney for Defendant                     Assistant United States Attorney

## [~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation, and good cause showing, IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for May 31, 2017, at 9:00 a.m., be reset to **Friday, July 14, 2017, at 11:00 a.m.**

**IT IS SO ORDERED.**

DATED: April __10__, 2017

                                                 HONORABLE YVONNE GONZALEZ ROGERS
                                                 United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SENTENCING HEARING
CR 16-00458 YGR
CR 09-00304 YGR

2